IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KIYWUAN PERRY**                                                              **PETITIONER**

v.                      Case No. 5:17-cv-00039-KGB

**WENDY KELLEY, in her official
Capacity as Director of the Arkansas
Department of Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Kiywuan Perry's petition for writ of *habeas corpus* is dismissed with prejudice.

So adjudged this the 1st day of May, 2018.

                                                                       _____
                                                                       Kristine G. Baker
                                                                       United States District Judge